AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

05 887

Civil Action No. _____

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

12·23·05
_____
(Date forms issued)

_____ (PARCELS)
(Signature of Party or their Representative)

FRANK JOYCE
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action