IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERVET INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-_____ |
| | ) | |
| MERIAL LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT</u>**

The parent corporation of Intervet Inc. is Akzo Nobel Inc.

Akzo Nobel Inc. is a wholly owned subsidiary of Akzo Nobel NV, a publicly traded Netherlands corporation.

                                            YOUNG CONAWAY STARGATT &
                                            TAYLOR, LLP

                                            _/s/ John W. Shaw_____
                                            John W. Shaw (No. 3362)
                                            Karen E. Keller (No. 4489)
                                            The Brandywine Building, 17th Floor
                                            1000 West Street
                                            Wilmington, Delaware 19801
                                            (302) 571-6600
                                                 Attorneys for Plaintiff Intervet Inc.

Of counsel:

Richard L. DeLucia
Michael D. Loughnane
KENYON & KENYON
One Broadway
New York, N.Y. 10004
(212) 425-7200

Dated: December 23, 2005