AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Delaware

INTERVET INC.

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

Alias

CASE NUMBER: 05-887

v.

MERIAL LIMITED

Defendant.

TO: (Name and address of defendant)

> Merial Limited
> P.O. Box 327
> Sandringham Avenue
> Harlow Business Park
> Harlow, Essex CM19 5TG
> England

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> John W. Shaw, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____     _____5/4/06_____
CLERK                                 DATE

_____
(By) DEPUTY CLERK

DB02:5306387.1

040155.1005

AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me(1) | DATE *May 5, 2006* |
|---|---|
| NAME OF SERVER (*PRINT*) *Marian Hogan* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: *Secretary of State of Delaware 401 Federal Street Dover DE 19901. Service accepted by Jannie Stone at 3:34pm*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *5-5-06*
Date

*Marian Hogan*
Signature of Server

*32 Lockerman Sq Ste 109 Dover DC 13904*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.