IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERVET, INC. and<br>BTG INTERNATIONAL LIMITED,<br><br>          Plaintiffs,<br><br>v.<br><br>MERIAL LIMITED,<br><br>          Defendant. | )<br>)<br>)<br>)   Civil Action No. 05-887-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Frederick L. Cottrell, III and the firm of Richards, Layton & Finger in the above-captioned action as counsel to defendant Merial Limited ("Merial"). Merial specifically reserves all defenses available to it, including service of process and jurisdiction.

RLF1-3012133-1

OF COUNSEL:
Judy Jarecki-Black
Merial Limited
3239 Satellite Blvd
Duluth, Georgia 30096

Thomas J. Kowalski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800

J. Patrick Elsevier
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

Dated: May 9, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant Merial Limited

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

*Kelly E. Farnan*
Kelly E. Farnan (#4395)