IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERVET, INC. and | ) | |
| BTG INTERNATIONAL LIMITED, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-887-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| MERIAL LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Kelly E. Farnan and the firm of Richards, Layton & Finger in the above-captioned action as counsel to defendant Merial Limited ("Merial"). Merial specifically reserves all defenses available to it, including service of process and jurisdiction.

*Kelly E. Farnan*

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

Attorneys for Defendant Merial Limited

OF COUNSEL:
Judy Jarecki-Black
Merial Limited
3239 Satellite Blvd
Duluth, Georgia 30096

Thomas J. Kowalski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800

J. Patrick Elsevier
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000

Dated: May 9, 2006

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

### BY HAND

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899


Kelly E. Farnan (#4395)