IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERVET INC. and<br>BTG INTERNATIONAL LIMITED, | )<br>)<br>) | |
| Plaintiff, | )<br>) | C.A. No. 05-887-KAJ |
| v. | )<br>)<br>) | |
| MERIAL LIMITED, | )<br>) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Judy Jarecki-Black of Merial Limited and Thomas J. Kowalski of Frommer Lawrence & Haug LLP. to represent Defendant Merial Limited in this matter

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Kelly E. Farnan (#4395)
(Farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Defendant
  Merial Limited

Dated: May 9, 2006

## ORDER GRANTING MOTION

SO ORDERED this _____ day of May, 2006.

_____
U.S.D.J.

RLF1-3011363-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Georgia and South Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Judy Jarecki-Black
Merial Limited
3239 Satellite Blvd
Duluth, Georgia 30096 US

DATE: May 05, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Thomas J. Kowalski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

DATE: May 5, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

### BY HAND

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

*Kelly E. Farnan*
Kelly E. Farnan (#4395)