AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____ DELAWARE

INTERVET INC.

          Plaintiff(s),

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    05   887

MERIAL LIMITED

          Defendant(s).

TO: (Name and address of defendant)

    Merial LLC
    o/b/o Merial Limited
    c/o Registered Agent
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    John W. Shaw, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P. O. Box 391
    Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            12-23-05

CLERK                                                      DATE

*[signature]*

_____

(BY) DEPUTY CLERK
AO 440 (Rev 10/93) Summons in a Civil Action

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/2/06 |
| NAME OF SERVER (PRINT) CAREY M SHEA | TITLE Process Server |
| *Check one box below to indicate appropriate method of service* ||

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____

☑ Other (specify): PERSONALLY SERVED MERIAL LLC by SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 10:35AM PERSON ACCEPTING SERVICE: Scott LaScala

| **STATEMENT OF SERVICE FEES** |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** |||

*Carey M Shea*
PARCELS INC
230 N. MARKET ST
WILM DE 19801

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                                                    Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.