IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERVET, INC. and<br>BTG INTERNATIONAL LIMITED,<br><br>                Plaintiffs,<br><br>    v.<br><br>MERIAL LIMITED,<br><br>                Defendant. | Civil Action No. 05-887-KAJ<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the time within which defendant must move, answer or otherwise respond to the Complaint is extended to and including June 2, 2006. This stipulation is being executed without waiver of any defenses by Defendant Merial Limited.

| | |
|---|---|
|    /s/ John W. Shaw<br>John W. Shaw (#3362)<br>jshaw@ycst.com<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 576-3334<br><br>Counsel for Intervet, Inc. and BTG<br>International Limited<br><br>Dated: May 22, 2006 | /s/ Kelly E. Farnan<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Kelly Farnan (#4395)<br>farnan@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>Counsel for Merial Limited<br><br>Dated: May 22, 2006 |

SO ORDERED this _____ day of _____, 2006

_____
U.S.D.J.