IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERVET, INC. and<br>BTG INTERNATIONAL LIMITED,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MERIAL LIMITED,<br><br>　　　　　　　　Defendant. | Civil Action No. 05-887-KAJ |

## MERIAL LIMITED'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Merial Limited ("Merial") states the following: (i) Merial has no parent company; and (ii) the following publicly traded companies own more than 10% of Merial: Merck & Co., Inc. and Sanofi-Aventis SA.

OF COUNSEL:

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805

Edgar H. Haug
Thomas Kowalski
Frommer Lawrence & Haug, LLP
745 Fifth Ave.
New York, New York 10151
Tel.: (212) 588-0800

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000

Dated: June 2, 2006

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Counsel for Merial Limited

RLF1-3020912-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and hand delivered, to the following:

> John W. Shaw
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

I hereby certify that on June 2, 2006 I sent the foregoing document by Electronic Mail and Federal Express, next business day delivery, to the following non-registered participants:

> Richard L. DeLucia
> Michael D. Loughnane
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@RLF.com