IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERVET, INC. and<br>BTG INTERNATIONAL LIMITED,<br><br>               Plaintiffs,<br><br>v.<br><br>MERIAL LIMITED,<br><br>               Defendant. | Civil Action No. 05-887-KAJ |

**DEFENDANT MERIAL LIMITED'S MOTION
TO STAY THE LITIGATION PENDING REEXAMINATION**

Pursuant to the inherent powers of this Court to control its docket, Defendant Merial Limited ("Merial") hereby moves to stay this patent infringement action filed by Plaintiffs Intervet, Inc. ("Intervet") and BTG International Limited ("BTG") until there is a final decision in the Reexamination of the patent-in-suit, U.S. Patent No. 5,587,166, Ordered by the United States Patent and Trademark Office. The grounds for this motion are set forth in the accompanying Opening Brief in Support of Defendant Merial Limited's Motion to Stay the Litigation Pending Reexamination.

Counsel for Merial has discussed this motion with counsel for Intervet and BTG, and Intervet and BTG have indicated that they are not currently able to consent to the relief sought in the present motion. The statement required by Local Rule 7.1.1 is attached as Exhibit A.

An order in the form prepared by Merial is attached as Exhibit B.

OF COUNSEL:

Judy Jarecki-Black
Merial Limited
3239 Satellite Blvd.
Duluth, Georgia 30096-4640
Telephone: (678) 638-3805
Facsimile: (678) 638-3350

Edgar H. Haug
Thomas J. Kowalski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier
Elizabeth K. Haynes
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777


Dated: June 2, 2006

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Merial Limited

# EXHIBIT A

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

The undersigned hereby certifies that counsel for Merial Limited ("Merial") has conferred with counsel for Intervet Inc. and BTG International Limited (collectively, "Plaintiffs") regarding Merial's Motion to Stay. Counsel for Plaintiffs has informed Merial that Plaintiffs are not currently able to consent to the relief sought in the motion.

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERVET, INC. and<br>BTG INTERNATIONAL LIMITED,<br><br>          Plaintiffs,<br><br>v.<br><br>MERIAL LIMITED,<br><br>          Defendant. | Civil Action No. 05-887-KAJ |

### [PROPOSED] ORDER

The Court, having considered the motion of Defendant Merial Limited ("Merial") for a stay of this action until there is a final determination in the Reexamination of United States Patent No. 5,587,166 ("the '166 patent") ongoing before the United States Patent and Trademark Office ("USPTO"), all papers filed on behalf of Merial in support of the motion and on behalf of Plaintiffs in opposition of the motion, the oral argument of counsel for the respective parties, if any, and the current status of the case and of the Reexamination,

**IT IS HEREBY ORDERED** this ____ day of _____, 2006 that the Motion of Merial to Stay the Litigation Pending Reexamination of the '166 patent is **GRANTED**. This action is stayed until there is a final decision in the Reexamination of the '166 patent.

**IT IS FURTHER ORDERED** that the parties will provide the Court with a report on the status of the Reexamination six months from the date of this Order, and at six month intervals thereafter until there is a final decision in the Reexamination, including a report on the final decision in the Reexamination.

                                                                                                 _____
                                                                                                 HONORABLE KENT A. JORDAN
                                                                                                 UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and hand delivered, to the following:

> John W. Shaw
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

I hereby certify that on June 2, 2006 I sent the foregoing document by Electronic Mail and Federal Express, next business day delivery, to the following non-registered participants:

> Richard L. DeLucia
> Michael D. Loughnane
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@RLF.com