# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

June 12, 2006

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street - 17th Fl.
Wilmington, DE  19801

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  18901

Re:  Intervet, Inc., et at. v. Merial Limited
     Civil Action No. 05-887-KAJ

Dear Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:  Clerk of the Court