IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERVET INC., and<br>BTG INTERNATIONAL LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>MERIAL LIMITED,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No.: 05-887-KAJ<br>)<br>)<br>)<br>)<br>) |

**STIPULATION RE: BRIEFING SCHEDULE
AND TIME TO RESPOND TO COUNTERCLAIMS**

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court:

1. The remainder of the briefing schedule on Defendant Merial Limited's Motion to Stay the Litigation Pending Reexamination (D.I. 17) shall proceed as follows:

    Answering brief due:    June 30, 2006

    Reply brief due:    July 14, 2006

2. The time by which the Plaintiffs shall reply, move or otherwise respond to Defendant Merial Limited's counterclaims (see D.I. 15) is extended to and including June 30, 2006.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | RICHARDS, LAYTON & FINGER |
| */s/ Karen L. Pascale* | */s/ Kelly E. Farnan* |
| John W. Shaw (#3362)<br>Karen L. Pascale (#2903)<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Phone: 302-571-6600<br>kpascale@ycst.com<br>  *Attorneys for Plaintiffs* | Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Phone: 302- 651-7700<br>farnan@rlf.com<br>  *Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on June 15, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Frederick L. Cottrell, III [cottrell@rlf.com]
>   Kelly E. Farnan [farnan@rlf.com]
>
>   Thomas J. Kowalski   [TKowalski@flhlaw.com]
>
>   Judy Jarecki-Black [Judy.Jarecki@Merial.com]
>
>   Frank G. Smith, III [frank.smith@alston.com]
>   Robert L. Lee [Bob.Lee@alston.com]
>   J. Patrick Elsevier [pelsevier@alston.com]
>   Elizabeth K. Haynes [beth.haynes@alston.com]

I further certify that on June 15, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel in the manner indicated:

>   ***By Hand Delivery and E-mail***
>
>   Frederick L. Cottrell, III [cottrell@rlf.com]
>   Kelly E. Farnan [farnan@rlf.com]
>   RICHARDS, LAYTON & FINGER
>   One Rodney Square
>   P.O. Box 551
>   Wilmington, DE 19899
>   (302) 658-6541
>
>   ***By E-Mail***
>
>   Thomas J. Kowalski   [TKowalski@flhlaw.com]
>   FROMMER LAWRENCE & HAUG LLP
>   745 Fifth Avenue
>   New York, NY 10151 USA
>   (212) 588-0800

Judy Jarecki-Black [Judy.Jarecki@Merial.com]
Director, Global IP Management
Merial, Ltd.
3239 Satellite Blvd.
Duluth, GA  30096
(678) 638-3805

Frank G. Smith, III [frank.smith@alston.com]
Robert L. Lee [Bob.Lee@alston.com]
J. Patrick Elsevier [pelsevier@alston.com]
Elizabeth K. Haynes [beth.haynes@alston.com]
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
(404) 881-7683

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
───────────────────────────────
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
Email:  kpascale@ycst.com
  *Attorneys for Plaintiffs, Intervet Inc.
  and BTG International Limited*