IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERVET INC. and<br>BTG INTERNATIONAL LIMITED, | )<br>)<br>) | |
| Plaintiff, | )<br>) | C.A. No. 05-887-KAJ |
| v. | )<br>)<br>) | |
| MERIAL LIMITED, | )<br>) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Edgar H. Haug of Frommer Lawrence & Haug LLP to represent Defendant Merial Limited in this matter.

Dated: June 19, 2006

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Kelly E. Farnan (#4395)
(Farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Defendant
  Merial Limited

## ORDER GRANTING MOTION

SO ORDERED this _____ day of June, 2006.

_____
U.S.D.J.

RLF1-3027572-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 was paid to the Clerk's office on March 14, 2006 (receipt No. 142727).

_____
Edgar H. Haug
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

DATE: June _16_, 2006

RLF1-3026852-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered, to the following:

>John W. Shaw
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19899-0391

I hereby certify that on June 19, 2006 I sent the foregoing document by Federal Express, next business day delivery, to the following non-registered participants:

>Richard L. DeLucia
>Michael D. Loughnane
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@RLF.com