IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERVET INC., and<br>BTG INTERNATIONAL LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>MERIAL LIMITED,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 05-887-KAJ<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent the plaintiffs, Intervet Inc. and BTG International Limited, in this matter:

Michael D. Loughnane
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Phone: (212) 425-7200

John R. Hutchins
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
Phone: (202) 220-4200

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

June 27, 2006

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600