**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of Michael D. Loughnane and John R. Hutchins is GRANTED.

Date: _____ \_\_\_\_, 2006

_____
UNITED STATES DISTRICT JUDGE