## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III [cottrell@rlf.com]
> Kelly E. Farnan [farnan@rlf.com]
>
> Thomas J. Kowalski   [TKowalski@flhlaw.com]
>
> Judy Jarecki-Black [Judy.Jarecki@Merial.com]
>
> Frank G. Smith, III [frank.smith@alston.com]
> Robert L. Lee [Bob.Lee@alston.com]
> J. Patrick Elsevier [pelsevier@alston.com]
> Elizabeth K. Haynes [beth.haynes@alston.com]

I further certify that on June 27, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel in the manner indicated:

> ### *By Hand Delivery and E-mail*
>
> Frederick L. Cottrell, III [cottrell@rlf.com]
> Kelly E. Farnan [farnan@rlf.com]
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> (302) 658-6541
>
> ### *By E-Mail*
>
> Thomas J. Kowalski   [TKowalski@flhlaw.com]
> FROMMER LAWRENCE & HAUG LLP
> 745 Fifth Avenue
> New York, NY 10151 USA
> (212) 588-0800

Judy Jarecki-Black [Judy.Jarecki@Merial.com]
Director, Global IP Management
Merial, Ltd.
3239 Satellite Blvd.
Duluth, GA 30096
(678) 638-3805

Frank G. Smith, III [frank.smith@alston.com]
Robert L. Lee [Bob.Lee@alston.com]
J. Patrick Elsevier [pelsevier@alston.com]
Elizabeth K. Haynes [beth.haynes@alston.com]
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7683


YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*
_____
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com
  *Attorneys for Plaintiffs, Intervet Inc.*
  *and BTG International Limited*