IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERVET INC., and<br>BTG INTERNATIONAL LIMITED<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MERIAL LIMITED,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No.: 05-887-KAJ<br>)<br>)<br>)<br>)<br>) |

**INTERVET AND BTG'S RESPONSE TO DEFENDANT MERIAL LIMITED'S MOTION TO STAY THE LITIGATION PENDING REEXAMINATION**

Plaintiffs Intervet Inc. ("Intervet") and BTG International Limited ("BTG") hereby respond to Defendant Merial Limited's ("Merial's") Motion to Stay the Litigation Pending Reexamination. Intervet and BTG do not oppose Merial's motion. Intervet and BTG do not, however, agree to Merial's characterization in its brief that Intervet and BTG knew that the patent-in-suit was in reexamination when they filed the Amended Complaint. While BTG's outside patent counsel was given notice of the order granting reexamination on April 6, 2006, BTG, Intervet, and litigation counsel for Intervet and BTG were not informed of the reexamination order until after the Amended Complaint was filed.

Respectfully submitted,

*Karen E. Keller*
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com
Attorneys for Plaintiff Intervet Inc.

OF COUNSEL:

Richard L. DeLucia
Michael D. Loughnane
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: June 30, 2006

DB02:5404568.1                                                                 040155.1005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on June 30, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III [cottrell@rlf.com]
> Kelly E. Farnan [farnan@rlf.com]
>
> Thomas J. Kowalski   [TKowalski@flhlaw.com]
>
> Judy Jarecki-Black [Judy.Jarecki@Merial.com]
>
> Frank G. Smith, III [frank.smith@alston.com]
> Robert L. Lee [Bob.Lee@alston.com]
> J. Patrick Elsevier [pelsevier@alston.com]
> Elizabeth K. Haynes [beth.haynes@alston.com]

I further certify that on June 30, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel in the manner indicated:

> *By Hand Delivery and E-mail*
>
> Frederick L. Cottrell, III [cottrell@rlf.com]
> Kelly E. Farnan [farnan@rlf.com]
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> (302) 658-6541
>
> *By E-Mail*
>
> Thomas J. Kowalski   [TKowalski@flhlaw.com]
> FROMMER LAWRENCE & HAUG LLP
> 745 Fifth Avenue
> New York, NY 10151 USA
> (212) 588-0800

Judy Jarecki-Black [Judy.Jarecki@Merial.com]
Director, Global IP Management
Merial, Ltd.
3239 Satellite Blvd.
Duluth, GA 30096
(678) 638-3805

Frank G. Smith, III [frank.smith@alston.com]
Robert L. Lee [Bob.Lee@alston.com]
J. Patrick Elsevier [pelsevier@alston.com]
Elizabeth K. Haynes [beth.haynes@alston.com]
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7683

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kkeller@ycst.com
   *Attorneys for Plaintiffs, Intervet Inc.
   and BTG International Limited*