# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF COM

July 6, 2006

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

> **Re:    Intervet, Inc. and BTG International Limited v. Merial Limited, Civil
> Action No. 05-887-KAJ (D. Del.)**

Dear Judge Jordan:

I write on behalf of all parties to this action to respectfully request, in the interests of judicial economy and economy to the parties, that the enclosed Stipulation And Order Of Stay Of Action Until Final Decision In Reexamination be approved and entered as an Order at the Court's earliest convenience.

More specifically, on April 5, 2006 the United States Patent & Trademark Office ordered a Reexamination of United States Patent No. 5,587,166 ("the '166 patent"), the patent-in-suit. On June 2, 2006 Merial filed a Motion To Stay The Litigation Pending Reexamination with a supporting Opening Brief, requesting that this action be stayed until there is a final determination in the Reexamination of the '166 patent. On June 30, 2006 Plaintiffs Intervet, Inc. and BTG International filed a Response to Merial Limited's Motion To Stay The Litigation Pending Reexamination, wherein Plaintiffs stated that they "do not oppose Merial's motion." (D.I. 25). Accordingly, the parties have agreed to the enclosed stipulation and respectfully request that it be approved by the Court.

In addition, as Your Honor is aware, the parties are scheduled to submit a proposed Scheduling order on July 7, 2006 and participate in a telephonic Rule 16 Scheduling Conference with Your Honor on July 12, 2006. If Your Honor is agreeable to staying the present action pending reexamination of the patent-in-suit, the parties respectfully request that the submission of a proposed Scheduling Order and the Scheduling Conference be postponed until after the proposed stay is lifted.

RLF1-3033402-2

The Honorable Kent A. Jordan
July 6, 2006
Page 2


      If Your Honor has any questions on the foregoing, counsel remains available at the Court's convenience.

Respectfully,

Frederick L. Cottrell, III

FLC:kef
Enclosure
cc:    Clerk of the Court (via electronic filing and hand delivery)
       John W. Shaw, Esq. (via e-mail)
       Karen L. Pascale, Esq. (via e-mail)
       Richard L. DeLucia, Esq. (via e-mail)
       Michael Loughnane, Esq. (via e-mail)
       John R. Hutchins, Esq. (via e-mail)
       Judy Jarecki-Black, PhD, Esq. (via e-mail)
       Edgar H. Haug, Esq. (via e-mail)
       Thomas J. Kowalski, Esq. (via e-mail)
       Frank G. Smith III, Esq. (via e-mail)
       Robert L. Lee, Esq. (via e-mail)
       J. Patrick Elsevier, PhD, Esq. (via e-mail)
       Elizabeth K. Haynes, Esq. (via e-mail)

RLF1-3033402-2