IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERVET INC., and                          )
BTG INTERNATIONAL LIMITED,                  )
                                            )
            Plaintiffs,                     )
                                            )    C.A. No.: 05-887-KAJ
v.                                          )
                                            )
MERIAL LIMITED,                             )
                                            )
            Defendant.                      )

## STIPULATION AND ORDER OF STAY OF ACTION
## UNTIL FINAL DECISION IN REEXAMINATION

**WHEREAS** on April 5, 2006 the United States Patent & Trademark Office ordered a

Reexamination of United States Patent No. 5,587,166 ("the '166 patent"), the patent-in-suit; and

**WHEREAS** on June 2, 2006 Defendant Merial Limited filed a Motion To Stay The

Litigation Pending Reexamination with a supporting Opening Brief and [Proposed] Order,

requesting that this action be stayed until there is a final determination in the Reexamination of

the '166 patent; and

**WHEREAS** on June 30, 2006 Plaintiffs Intervet, Inc. and BTG International filed a

Response to Merial Limited's Motion To Stay The Litigation Pending Reexamination, wherein

Plaintiffs stated that they "do not oppose Merial's motion";

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the parties

hereto, through their counsel, subject to the approval of the Court, that:

1.      Effective immediately, this action is stayed until there is a final decision in the

Reexamination of the '166 patent, or until such time as the Court lifts the stay of its own volition

or pursuant to a motion by any party.

2.      The parties will provide the Court with a report on the status of the

Reexamination six months from the date of this Stipulation and Order, and at six month intervals

thereafter until there is a final decision in the Reexamination, at which time the parties shall

notify the Court of the Reexamination decision and provide a report on the final decision in the

Reexamination.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|

*/s/ Karen L. Pascale*

John W. Shaw (#. 3362)
Karen L. Pascale (# 2903)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
kpascale@ycst.com

**OF COUNSEL:**

Richard L. DeLucia
Michael Loughnane
**KENYON & KENYON LLP**
One Broadway
New York, New York 10004
Telephone: (212) 425-7300

John R. Hutchins
**KENYON & KENYON LLP**
1500 K Street, NW
Washington, DC 20005-1257
Telephone: (202) 220-4200

*Attorneys for Plaintiffs*

*/s/ Kelly E. Farnan*

Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
One Rodney Square
P.O. Box 1347
Wilmington, DE 19899
Phone: 302- 651-7700
farnan@rlf.com

**OF COUNSEL:**

Judy Jarecki-Black
**MERIAL LIMITED**
3239 Satellite Blvd.
Duluth, Georgia 30096-4640
Telephone: (678) 638-3805

Edgar H. Haug
Thomas J. Kowalski
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier
Elizabeth K. Haynes
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000

*Attorneys for Defendant*

**IT IS SO ORDERED** this _____ day of **July, 2006**.

_____
HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT JUDGE

2