IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERVET INC., and<br>BTG INTERNATIONAL LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>MERIAL LIMITED,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No.: 05-887-***<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT

On July 6, 2006, this Court entered an order (D.I. 27) staying the captioned civil action pending resolution of reexamination proceedings at the United States Patent & Trademark Office ("USPTO") regarding United States Patent No. 5,587,166 ("the '166 patent"), the patent-in-suit.

Pursuant to paragraph 2 of the Stay Order, the parties agreed to provide the Court with a report on the status of the reexamination proceedings at six-month intervals.

At present, the reexamination proceedings are ongoing and have not been completed. On December 22, 2006, the USPTO issued a first office action rejecting the claims of the patent-in-suit on obviousness grounds. The patentee has until late February 2007 to respond to this Office Action. At present, it is unclear when the reexamination proceedings will be completed. The parties will provide the Court with another status report by July 6, 2007.

Dated: January 5, 2007

| | |
|---|---|
| /s/ *Karen L. Pascale*<br>John W. Shaw (#. 3362)<br>Karen L. Pascale (# 2903)<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Phone: 302-571-6600<br>kpascale@ycst.com | /s/ *Frederick L. Cottrell*<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Phone: 302- 651-7700<br>cottrell@rlf.com |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Richard L. DeLucia<br>Michael Loughnane<br>**KENYON & KENYON LLP**<br>One Broadway<br>New York, New York 10004<br>Telephone: (212) 425-7300 | Judy Jarecki-Black<br>**MERIAL LIMITED**<br>3239 Satellite Blvd.<br>Duluth, Georgia 30096-4640<br>Telephone: (678) 638-3805 |
| John R. Hutchins<br>**KENYON & KENYON LLP**<br>1500 K Street, NW<br>Washington, DC 20005-1257<br>Telephone: (202) 220-4200 | Edgar H. Haug<br>Thomas J. Kowalski<br>**FROMMER LAWRENCE & HAUG LLP**<br>745 Fifth Avenue<br>New York, New York 10151<br>Telephone: (212) 588-0800 |
| *Attorneys for Plaintiffs* | Frank G. Smith, III<br>Robert L. Lee<br>J. Patrick Elsevier<br>Elizabeth K. Haynes<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404) 881-7000 |
| | *Attorneys for Defendant* |

DB02:5698381.1                                                                                                       040155.1005

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on January 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following local counsel of record:

> Frederick L. Cottrell, III [cottrell@rlf.com]
> Kelly E. Farnan [farnan@rlf.com]
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> (302) 658-6541

I further certify that on January 5, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel in the manner indicated:

### *By Hand Delivery and E-mail*

> Frederick L. Cottrell, III [cottrell@rlf.com]
> Kelly E. Farnan [farnan@rlf.com]
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> (302) 658-6541

### *By E-Mail*

> Thomas J. Kowalski   [TKowalski@flhlaw.com]
> FROMMER LAWRENCE & HAUG LLP
> 745 Fifth Avenue
> New York, NY 10151 USA
> (212) 588-0800

> Judy Jarecki-Black [Judy.Jarecki@Merial.com]
> Director, Global IP Management
> Merial, Ltd.
> 3239 Satellite Blvd.
> Duluth, GA  30096
> (678) 638-3805

Frank G. Smith, III [frank.smith@alston.com]
Robert L. Lee [Bob.Lee@alston.com]
J. Patrick Elsevier [pelsevier@alston.com]
Elizabeth K. Haynes [beth.haynes@alston.com]
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7683

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com
   *Attorneys for Plaintiffs, Intervet Inc.
   and BTG International Limited*