IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERVET, INC. and<br>BTG INTERNATIONAL LIMITED,<br><br>            Plaintiffs,<br><br>      v.<br><br>MERIAL LIMITED,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-887-***<br>)<br>)<br>)<br>)<br>) |

## SIX MONTH STATUS REPORT CONCERNING REEXAMINATION OF U.S. PATENT NO. 5,587,166

The parties jointly submitted a Stipulation and Order of Stay of Action Until Final Decision in Reexamination that was granted by this Court's July 6, 2006 Order. (D.I. 27). Pursuant to the July 6, 2006 Order, this action is stayed until the final resolution of the Reexamination of U.S. Patent No. 5,587,166 ("the '166 patent Reexamination"), with Defendant Merial Limited ("Merial") to provide the Court with six month interval status reports, until there is a final resolution of the '166 Patent Reexamination. At that time, Merial will notify the Court of the Reexamination decision and provide a report on the final decision in the '166 Patent Reexamination. Therefore, Merial respectfully submits this six month status report.

## STATUS OF THE '166 PATENT REEXAMINATION

The '166 Patent Reexamination initially declared by United States Patent and Trademark Office ("USPTO") is Reexamination Control No. 90/007964, wherein the USPTO issued a first office action, and the parties are awaiting further action by the USPTO in that '166 Patent Reexamination. In the meantime, the USPTO has declared a second Reexamination of the '166 Patent, namely Reexamination Control No. 90/008762. The parties are awaiting the issuance of

a first office action in that '166 Patent Reexamination. Thus, there are now two '166 Patent Reexaminations, both of which are currently pending with no final resolution.

| | |
|---|---|
| /s/ Karen L. Pascale | /s/ Kelly E. Farnan |
| John W. Shaw (#. 3362) | Frederick L. Cottrell, III (#2555) |
| Karen L. Pascale (# 2903) | Kelly E. Farnan (#4395) |
| **YOUNG CONAWAY STARGATT & TAYLOR LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| The Brandywine Building | One Rodney Square |
| 1000 West St., 17th Floor | P.O. Box 1347 |
| P.O. Box 391 | Wilmington, DE 19899 |
| Wilmington, Delaware 19899-0391 | Phone: 302- 651-7700 |
| Phone: 302-571-6600 | cottrell@rlf.com |
| kpascale@ycst.com | |
| | |
| **OF COUNSEL:** | **OF COUNSEL:** |
| | |
| Richard L. DeLucia | Judy Jarecki-Black |
| Michael Loughnane | **MERIAL LIMITED** |
| **KENYON & KENYON LLP** | 3239 Satellite Blvd. |
| One Broadway | Duluth, Georgia 30096-4640 |
| New York, New York 10004 | Telephone: (678) 638-3805 |
| Telephone: (212) 425-7300 | |
| | Edgar H. Haug |
| John R. Hutchins | Thomas J. Kowalski |
| **KENYON & KENYON LLP** | **FROMMER LAWRENCE & HAUG LLP** |
| 1500 K Street, NW | 745 Fifth Avenue |
| Washington, DC 20005-1257 | New York, New York 10151 |
| Telephone: (202) 220-4200 | Telephone: (212) 588-0800 |
| | |
| *Attorneys for Plaintiffs* | Frank G. Smith, III |
| | Robert L. Lee |
| | J. Patrick Elsevier |
| | Elizabeth K. Haynes |
| | **ALSTON & BIRD LLP** |
| | One Atlantic Center |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Telephone: (404) 881-7000 |
| | |
| | *Attorneys for Defendant* |

Dated:   January 7, 2008